**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7730**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAROLD DEJUAN CHATMAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (CR-02-105)

———————

Submitted:  April 28, 2005          Decided:  May 4, 2005

———————

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Harold Dejuan Chatman, Appellant Pro Se. Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Dejuan Chatman appeals the district court's order denying his "Motion for Transcripts." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Chatman, No. CR-02-105 (W.D.N.C. Sept. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED